USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY TUCKER, on behalf of himself and all others similarly situated,

    Plaintiffs,

-against-

THE HONEY BAKED HAM COMPANY, LLC,

    Defendant.

Case No. 1:18-cv-05009-GHW

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:  Brooklyn, New York
        July 26, 2018

By: _____
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Tel:(929) 575-4175
Joseph@cml.legal
*Attorney for Plaintiff*

By: _____
Lewis S. Wiener, Esq.
Eversheds Sutherland LLP
700 Sixth Street, NW, Suite 700
Washington, DC 20001
Tel: (212)583-9600
lewiswiener@eversheds-sutherland.com
*Attorney for Defendant*

The parties have stipulated to the dismissal of this action under Rule 41(a)(1)(A)(ii).
SO ORDERED.

Dated: July 27, 2018
New York, New York

_____
GREGORY H. WOODS
United States District Judge